WR-82,180-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/17/2015 9:30:40 AM
Accepted 3/19/2015 1:33:01 PM
ABEL ACOSTA
CLERK

## NO. WR-82,180-01

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COURT OF ~~CRIMINAL~~ |
| | § | APPEALS |
| | § | |
| vs. | § | |
| | § | |
| MARTHA MELENDEZ | § | OF TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
3/19/2015
ABEL ACOSTA, CLERK

## NO. 990D04290-1

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 346TH JUDICIAL DISTRICT |
| | § | |
| MARTHA MELENDEZ | § | EL PASO COUNTY, TEXAS |

### REQUEST FOR REMAND OF CASE TO TRIAL COURT DUE TO INCOMPLETE RECORD

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes MARTHA MELENDEZ, Defendant/Applicant, and files this Request for Remand of Case to the Trial Court and in support would show:

1.  On September 17, 2014, this Court signed a Findings of Fact and Conclusions of Law and ordered that the Clerk of the Court transmit a complete record to the Court of Criminal Appeals. The order specified that many items were to be transferred including the 11.07 writ of habeas corpus along with applicable memorandums, answers, responses, motions, proposed orders, affidavits, exhibits, etc.

2.  On September 22, 2014, the Clerk of this Court sent 4 volumes to the Court of Criminal Appeals. The page counts for the volumes are as follows:

    Volume 1-    371 pages

    Volume 2-    453 pages

State v. Melendez- Page 1

Volume 3-    444 pages

Volume 4-    171 pages

TOTAL OF VOLUMES- 1439 pages

3.    The Court of Criminal Appeals, processed the filing on September 24, 2014.

4.    Applicant, Martha Melendez, initiated a review of the record provided to the Court of Criminal Appeals by the Trial Clerk and filed a Motion with the Trial Court to have a complete record transmitted to the Appeals Court once the review was performed. The Trial Court held a hearing on February 5, 2015. With the assistance of the Assistant District Attorney, a Clarifying Order was signed that specified all documents that needed to be supplemented into the record for the Court of Appeals. One of the documents, an exhibit that was a few hundred pages, needed to be located and was not immediately available to be provided in a supplement. The Trial Court set a follow up hearing date of April 2, 2015 for the parties to reconvene and to check the status of preparing a supplement record so that a complete record is provided to the Court of Criminal Appeals.

5.    On February 6, 2015, the Court of Criminal Appeals granted one final stay to allow for a supplemental record. The stay will expire on March 23, 2015, prior to the date whereby the parties will reconvene with the trial court to check the status of preparation for the supplemental record.

6.    Since the Court of Criminal Appeals has jurisdiction over this matter, the Defendant/Applicant makes a request that this matter be remanded to the trial court so that matters related to providing a complete record can be resolved. Counsel for Defendant/Applicant has conferenced with the Attorney for the State

State v. Melendez- Page 2

who does not oppose this request for remand for the purpose of ensuring that a complete record is provided to the Court of Criminal Appeals.

**WHEREFORE, PREMISES CONSIDERED,** Applicant respectfully requests the Court of Criminal Appeals to remand this case back to the Trial Court so that a complete record can be prepared for the benefit of this Writ Proceeding.

Respectfully submitted,

LAW OFFICE of RUBEN FRANCO, JR.
116 West Lewis
Conroe, TX 77301
Tel: 936-441-2999
Fax: 936-788-5670

By: _____
RUBEN FRANCO, JR.
State Bar No. 24040928
rubenf@conroelawoffice.com
Attorney for MARTHA MELENDEZ

## CERTIFICATE OF CONFERENCE

As the Attorney for the State in this case, I certify that Counsel for the Defendant/Applicant has conferenced with me regarding this request for remand. I am not opposed to this request for the exclusive purpose of a complete record being prepared by the Clerk of El Paso County, Texas.

_____
Lily Stroud
Assistant District Attorney
El Paso County, Texas
State Bar No. 24046929
500 E. San Antonio
El Paso, Texas 79901
Tel: 915-546-2059 ext. 3769
Fax: 915-533-5520

State v. Melendez- Page 3

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, El Paso County, by certified mail, return receipt requested.

RUBEN FRANCO, JR.

State v. Melendez- Page 4